# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-3744
_____

Pete Wright

*Plaintiff - Appellant*

v.

Missouri Department of Mental Health

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: June 2, 2022
Filed: June 7, 2022
[Unpublished]
_____

Before KELLY, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Pete Wright, who is civilly committed at the Sex Offender Rehabilitation Treatment Services facility of the Missouri Department of Mental Health, appeals the

district court's[1] adverse grant of summary judgment in his action under the Americans with Disabilities Act (ADA) and the Rehabilitation Act (RA). After careful de novo review of the record and the parties' arguments on appeal, we find no basis for reversal. *See Baribeau v. City of Minneapolis*, 596 F.3d 465, 473, 484 (8th Cir. 2010) (noting standard of review and listing requirements of Title II ADA claim); *Gorman v. Bartch*, 152 F.3d 907, 912 (8th Cir. 1998) (noting ADA is similar in substance to RA and cases interpreting them are applicable and interchangeable); *see also Brunckhorst v. City of Oak Park Heights*, 914 F.3d 1177, 1183 (8th Cir. 2019) (stating defendant is not required to accommodate plaintiff based on plaintiff's preference). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.